IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLEN F. THOMAS,

    Petitioner,                                                    ORDER

v.

                                                             Case No. 17-cv-04-bbc

DOUG BELLILE,

    Respondent.

Petitioner Allen F. Thomas seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than January 26, 2017. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of a resident account statement (or institutional equivalent) for the six-month period beginning approximately June 30, 2016 through the date of the petition, December 30, 2016.

ORDER

IT IS ORDERED that:

1. Petitioner Allen F. Thomas may have until January 26, 2017, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before January 26, 2017, I will assume that petitioner wishes to withdraw this petition.

Entered this 3rd day of January, 2017.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge