IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ALLEN F. THOMAS,

    Petitioner,                                JUDGMENT IN A CIVIL CASE

v.                                      Case No. 17-cv-4-bbc

DOUG BELLILE,

    Respondent.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Allen F. Thomas for a writ of corpus under 28 U.S.C. § 2254 for petitioner's failure to show that he is in custody in violation of federal law.

    /s/                                                                 3/2/2017

Peter Oppeneer, Clerk of Court                        Date